IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WILLIAM A. ACREE, <br><br> Plaintiff, <br><br> v. <br><br> WARDEN MARTY ALLEN; DEPUTY WARDEN TREVONZA BOBBITT; UNIT MANAGER JOSEPH HUTCHENSON; DEPUTY WARDEN SHERRY KILGORE; DEPUTY WARDEN PINEIRO; LT. RONNIE SHOEMAKER; SGT. FUGATES; OFFICER DASIA MOSLEY; OFFICER MONICA WILLIAMS; and GEORGIA DEPARTMENT OF CORRECTIONS, <br><br> Defendants. | CIVIL ACTION NO.: 6:17-cv-107 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 14), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendants Allen, Bobbitt, Kilgore, Pineiro, and the Georgia Department of Corrections and **DENIES** Plaintiff *in forma pauperis* status on appeal as to those claims. The Court **DISMISSES as prematurely filed** Plaintiff's Motion for Summary Judgment and **DISMISSES** Plaintiff's Motions for preliminary injunctive relief. Plaintiff's retaliation, excessive force, and

deliberate indifference claims against Defendants Hutchenson, Fuggit, Mosley, Williams, and Shoemaker shall remain pending.

**SO ORDERED**, this 20th day of August, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA